Case 3:10-cv-00715-BR    Document 18    Filed 03/28/11    Page 1 of 2

FILED
MAR 28 2011

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| CHRISTINE A. GRAY, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 3:10-cv-00715-BR <br><br> JUDGMENT AND ORDER OF REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall re-assess the opinions of Neal Rendleman, M.D., and the lay witness statements of Anna Gray Esping and Herbert Newsam. The ALJ shall also further evaluate Plaintiff's mental impairment, and shall re-assess Plaintiff's residual functional capacity. Finally, the ALJ shall not consider Plaintiff's work as a substance abuse counselor to be past relevant work.

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 28th day of March 2011.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Mathew W. Pile
MATHEW W. PILE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
(206) 615-3760
Of Attorneys for Defendant