DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Christine Gray

    Plaintiff,

vs.                                                  Civil No. 10-cv-0715-BR

Commissioner of Social Security

    Defendant.

ORDER GRANTING AWARD
OF EAJA FEES

Pursuant to Stipulation, and good cause appearing therefore,

Based upon the plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, as discussed in Astrue v. Ratliff, __ U.S. __ (2010), it is hereby ordered that EAJA attorney's fees of $4,301.70 and expenses of $3.81 and costs of $8.90, shall be paid to the plaintiff, and mailed to the attorney's office.

Done this 17 day of May, 2011.

_____
                    Judge

Page 1 - ORDER GRANTING AWARD OF EAJA FEES